**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA : No. 47 MM 2023
:
:
:
v. :
:
:
CHRISTOPHER PATRICK MCGOWAN :
:
:
PETITION OF: LONNY FISH, ESQUIRE :

## ORDER

**PER CURIAM**

**AND NOW**, this 7th day of September, 2023, upon consideration of the Application to Withdraw as Counsel and the Application to Remove Counsel and Proceed *Pro Se*, this matter is REMANDED to the Court of Common Pleas of Franklin County to determine whether to grant Attorney Lonny Fish leave to withdraw. In the event the court permits Attorney Fish to withdraw, the court is to resolve any other related questions, including whether to permit Christopher Patrick McGowan to proceed *pro se.*

The Court of Common Pleas of Franklin County is DIRECTED to enter its order on remand within 90 days and to promptly notify this Court of its determination.